UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RHINOWARES USA, INC.,<br><br>　　　　　　Defendant. | CASE NO. C17-0260JLR<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 16(b)(2) and Local Civil Rule 16(a), the court finds good cause to delay issuing both the Order Regarding Initial Disclosures and Joint Status Report and the Minute Order Setting Trial and Related Dates because Defendant Rhinowares USA, Inc., did not appear in this action until May 19, 2017. (*See*

//

//

//

//

ORDER - 1

Not. of App. (Dkt. # 6)); *see also* Fed. R. Civ. P. 16(b)(2); Local Rules W.D. Wash. LCR 16(a).

Dated this 22nd day of May, 2017.

JAMES L. ROBART
United States District Judge