HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ESPRESSO SUPPLY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHINOWARES USA, INC., a Wyoming corporation,<br><br>Defendant. | Case No. 2:17-cv-00260-JLR<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

## STIPULATION

The parties to this action, acting by and through counsel and pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of all claims and counterclaims asserted or may have been asserted in this case, with each party to bear its own attorney's fees and costs.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 1

BRACEPOINT LAW, P.S.
2775 Harbor Avenue SW, Suite D
SEATTLE, WA 98126-2138
FAX (206) 770-6548
TEL (206) 212-0032

3636.071 qe240102

Dated: July 31, 2017.

| | |
|---|---|
| s/Mark V. Jordan<br>Mark V. Jordan, WSBA No. 18461<br>Steve W. Edmiston, WSBA No. 17136<br>BRACEPOINT LAW, P.S.<br>2775 Harbor Avenue SW, Suite D<br>Seattle, WA<br>Telephone: (206) 212-0032<br>Fax: (206) 770-6548<br>E-mail: mjordan@bracepointlaw.com<br>steve@bracepointlaw.com<br><br>David A. Lowe, WSBA No. 24453<br>LOWE GRAHAM JONES PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>Telephone: (206) 381-3300<br>Fax: (206)-381-3301<br>E-mail: lowe@lowegrahamjones.com<br><br>Attorneys for Plaintiff Espresso Supply, Inc. | s/John D. Denkenberger<br>John D. Denkenberger, WSBA No. 25907<br>CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC<br>1201 Third Avenue, Suite 3600<br>Telephone: (206) 682-8100<br>Fax: (206) 224-0779<br>E-mail: john.denkenberger@cojk.com, litdoc@cojk.com<br><br>Attorneys for Defendant Rhinowares USA, Inc. |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2

BRACEPOINT LAW, P.S.
2775 Harbor Avenue SW, Suite D
SEATTLE, WA 98126-2138
FAX (206) 770-6548
TEL (206) 212-0032

3636. 071 qe240102

## ORDER

Based upon the foregoing Stipulation of the parties for voluntary dismissal with prejudice and without recovery of costs or attorneys' fees of the above-entitled action, now, therefore,

IT IS HEREBY ORDERED that each and every claim asserted in this case is hereby dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 1st day of August, 2017.

_____
HONORABLE JAMES L. ROBART

Presented by:

s/Mark V. Jordan
Mark V. Jordan, WSBA No. 18461
Steve W. Edmiston, WSBA No. 17136
BRACEPOINT LAW, P.S.
2775 Harbor Avenue SW, Suite D
Seattle, WA 98126
Telephone: (206) 212-0032
Fax: (206) 770-6548
E-mail: mjordan@bracepointlaw.com;
steve@bracepointlaw.com

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 3

BRACEPOINT LAW, P.S.
2775 Harbor Avenue SW, Suite D
SEATTLE, WA 98126-2138
FAX (206) 770-6548
TEL (206) 212-0032

3636. 071 qe240102